

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00018-CV

Frank **HERRERA**,
Appellant

v.

**INVERTERRA HOLDINGS, LLC**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI00438
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: June 20, 2024

DISMISSED FOR WANT OF PROSECUTION

On April 24, 2024, this court received appellant's *pro se* brief. Appellant's brief failed to comply with several requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1(c)–(i). Appellant's brief additionally failed to comply with the rules of appellate procedure's form and service requirements. *See id.* 9.4, 9.5.

On April 29, 2024, we issued an order striking appellant's brief and ordered appellant to file an amended brief in accordance with the Texas Rules of Appellate Procedure no later than May 29, 2024. Our order cautioned appellant that if he failed to timely file an amended brief in

compliance with the rules by May 29, 2024, we would dismiss the appeal for want of prosecution. *See id*. 38.8(a); *see also id.* 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

On June 6, 2024, appellant filed a document titled "Appellent [sic] Brief." The filing does not comply with the Texas Rules of Appellate Procedure and was not timely filed. We dismiss this appeal for want of prosecution.

PER CURIAM